AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Case Number: CA 08 261ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GARY D. COOPER

I certify that I am admitted to practice in this court.

7/10/08

Date

Signature

| | |
|---|---|
| MARK W. GEMMA ESQ | 5779 |
| Print Name | Bar Number |

GEMMA LAW ASSOCIATES, 231 RESERVOIR AVENUE

Address

| | | |
|---|---|---|
| PROVIDENCE | RI | 02907 |
| City | State | Zip Code |

| | |
|---|---|
| (401) 467-2300 | (401) 467-8678 |
| Phone Number | Fax Number |